IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01962-CMA-CBS | Date: April 4, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                             *Counsel:*

THE HARTFORD FIRE INSURANCE                      Patrick Hustead
COMPANY,                                                              Connor Cantrell

Plaintiff,

v.

TK CONSTRUCTION US LLC, *et al.*,                    Julie Walker
                                                                              Shannon Bell

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:35 p.m.**
Court calls case.  Appearances of counsel.  Client representative for TK Mining Services LLC, Erik Groves, is present with counsel.

**ORDERED:**   Plaintiff withdraws objection to *[92] TK Holdings Ltd. And Affiliates Motion for Leave to File Surreply to Plaintiff's Reply (doc. 75) to Certain Defendants' Response (doc. 69) Opposing Motion for Preliminary Injunction*.  The motion is **GRANTED.**

Discussion and argument regarding *[58] Motion for Preliminary Injunction*.  Plaintiff's counsel requests additional time to file a supplemental brief.

**COURT IN RECESS:**     2:24 p.m.
**COURT IN SESSION:**   2:30 p.m.

**ORDERED:**   Plaintiff's supplemental brief for *[58] Motion for Preliminary Injunction* shall be filed on or before **April 8, 2016**.  A response to the supplemental brief is due on or before **April 15, 2016.**

A further Motion Hearing is set for **April 28, 2016 at 2:00 p.m.**

HEARING CONCLUDED.

**Court in recess: 02:57 p.m.**
Total time in court: 01:16

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.