**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:15-CV-1962-CMA-CBS

THE HARTFORD FIRE INSURANCE COMPANY,

       Plaintiff,

  v.

TK CONSTRUCTION US, LLC;
TK MINING SERVICES, LLC and affiliates;
TK CONSTRUCTION, LLC, d/b/a/ TK MINING SERVICES, LLC;
TK DIVERSIFIED SERVICES, LLC, f/ka/ UNLIMITED MANPOWER SOLUTIONS, LLC;
TK HOLDINGS LTD and all subsidiaries, including, but not limited to: (TK INDUSTRIAL, LLC and TK BLASTING, LLC);
MOUNTAIN VALLEY HYDROSEED, LLC;
AMY L. FISCHER; and
NATHAN A. MILLER,

       Defendants.

---

**ORDER DISMISSING CLAIMS**

---

This matter is before the Court on Plaintiff's Motion to Dismiss Certain Claims for Liens (Doc. #97).  Having reviewed the Motion and being otherwise advised in the premises, the Court finds that good cause supports the same, and it is therefore

ORDERED GRANTING Plaintiff's Motion.  It is

FURTHER ORDERED that Hartford's claim for liens against the real properties located at 722 South 6th Street, Grand Junction, Colorado 81501 (the "6th Street Property") and 2478 Patterson Road, Suite 17, Grand Junction, Colorado  81505 (the "Patterson Road Property") are hereby DISMISSED WITHOUT PREJUDICE.  It is

FURTHER ORDERED that the Notice of Lis Pendens regarding the 6th Street Property recorded with the Clerk and Recorder of Mesa County, Colorado on September 21, 2015, at Reception No. 2737774 (the "6th Street Lis Pendens") and the Notice of Lis Pendens regarding the Patterson Road Property recorded with the Clerk and Recorder of Mesa County, Colorado on September 21, 2015, at Reception No. 2737775 (the "Patterson Road Lis Pendens") are HEREBY TERMINATED and no longer in effect.

Hartford maintains all other claims against all other Defendants, with the sole exception of the claims for lien described herein.

DATED: April 12, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court